## Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

JUDGE GILES IS RECUSED

**Place of Offense:**  ☐ Under Seal

**Judge Assigned:** CMH

City: Manassas, Virginia

Superseding Indictment:

**Criminal No.** 1:24cr112

County: Manassas, Virgina

Same Defendant:

New Defendant: XXX

Magistrate Judge Case No.:

**Arraignment Date:**

Search Warrant Case No.:

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Kevin Rychlik    Alias(es): N/A    ☐ Juvenile  FBI No.

**Address:** Nokesville, VA

Employment: Business Owner; Owner of American Helicopters Inc and Security Associates International

**Birth Date:** xx/xx/1960    **SSN:** xxx-xx-8973    **Sex:** Male    Race: White    Nationality: United States

**Place of Birth:** Unknown    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ Interpreter   **Language/Dialect:** English    Auto Description:

**Location/Status:**

**Arrest Date:** N/A    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

**Name:** Mark Matthews and Ben Eisenstat    ☐ Court Appointed    Counsel Conflicts:

**Address:** One Thomas Circle, NW, Suite 1100    ☒ Retained

**Phone:** 212-379-6000    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Shartar    **Phone:** 703-299-3875    Bar No. Va-77308

**Complainant Agency - Address & Phone No. or Person & Title:**

IRS-CI; Special Agent Mario Beccone; 31 Hopkins Plaza, Suite 1500, Baltimore, MD 21201; 571-595-7252

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 26 USC 7202 | Willful failure to collect or pay over tax | 1 | Felony |
| Set 2: | | | | |
| **Date:** 5/20/2024 | **AUSA Signature:** /s/ Kimberly Shartar | | | *may be continued on reverse* |